

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2017

No. 04-15-00555-CV

Shirley Hale **MATHIS**,
Appellant

v.

Leticia R. **BENAVIDES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-000161-D3A
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellee has filed a motion to expedite issuance of the mandate. The Supreme Court of Texas denied the petition for review in this case on January 20, 2017. The clerk of this court must issue a mandate in accordance with the judgment no earlier than "[t]en days after the time has expired for filing a motion to extend time to file a motion for rehearing of a denial, refusal, or dismissal of a petition for review . . . if no timely filed motion for rehearing or motion to extend time is pending." See Tex. R. App. P. 18.1(a)(2). There is no motion for rehearing pending in the supreme court. Time expired for filing a motion to extend time 15 days after the supreme court denied the petition for review in this case. Id. R. 64.1. Because it is now more than ten days after the deadline to file a motion for rehearing, appellee's motion is granted. We order the clerk of this court to expedite issuance of the mandate in this case.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court